F.#2016R02061

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                               17-CR-154 (WFK)

TARA LENICH,

              Defendant.

- - - - - - - - - - - - - - - - - - -X

<u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Assistant United States Attorney Maria Cruz Melendez from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Maria Cruz Melendez
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East, 6th Floor
> Brooklyn, New York 11201
> Tel:  (718) 254-6408
> Fax: (718) 254-6478
> Email: maria.cruzmelendez@usdoj.gov

F.#2016R02061

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Maria Cruz Melendez at the email address set forth above.

Dated: Brooklyn, New York
January 31, 2018

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Maria Cruz Melendez
        Maria Cruz Melendez
        Assistant U.S. Attorney

cc: Clerk of the Court (WFK)