**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   JAN 07 2019   ★

BROOKLYN OFFICE

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

January 3, 2019

**VIA CM/ECF**

The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

Re:   *United States v. Tara Lenich*, No. 1:17-cr-00154-WFK

Dear Judge Kuntz:

We represent defendant Tara Lenich in the above-captioned case. At or around the time of Ms. Lenich's arrest, she was required to turn over her passport to Pretrial Services. Ms. Lenich will complete her sentence, and is scheduled to be released from FCI Danbury, on/or before March 29, 2019. She is not subject to any post-release supervision. Pretrial Services has confirmed possession of Ms. Lenich's passport but requires a court order to release it. We respectfully request that the Court "so-order" this application and that Ms. Lenich's passport be released to the custody of her counsel, Morris J. Fodeman.

We have discussed the request with the Government and they have no objection.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Morris J. Fodeman*
Morris J. Fodeman

*Counsel for Defendant Tara Lenich*

Cc:  Counsel of Record (via CM/ECF)

**SO ORDERED**, this 3rd day of January, 2019.

s/WFK

WILLIAM F. KUNTZ, II
United States District Judge